1  **GREGORY T. MURPHY**
   California State Bar No. 245505
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: gregory_murphy@fd.org

5  Attorneys for Nicole Lamb

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE RUBEN B. BROOKS)**

11 UNITED STATES OF AMERICA,        )   Case No. 07MJ2784
                                    )
12         Plaintiff,                )
                                    )
13 v.                               )   **CERTIFICATE OF SERVICE**
                                    )
14 NICOLE LAMB,                     )
                                    )
15         Defendant.                )
   _____  )
16

17      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his

18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                        U.S. Attorney CR
                     Efile.dkt.gc2@usdoj.gov; and
20
                         James C. Alvord
21                   fallbrookjim@sbcglobal.net

22                             Respectfully submitted,

23

24 DATED:    December 5, 2007         /s/ Gregory T. Murphy
                                    _____
                                    **GREGORY T. MURPHY**
25                                  Federal Defenders of San Diego, Inc.
                                    Attorneys for Nicole Lamb
26

27

28