UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Nicole Lamb ) <br> ) <br> Defendant(s) ) <br> _____ ) | CRIMINAL NO. 07MJ2784 <br><br> ORDER <br><br> RELEASING MATERIAL WITNESS <br><br> Booking No. |

On order of the United States District/Magistrate Judge, Ruben B. Brooks

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the ~~United~~ States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Moises De La Luz-Martinez

DATED: 12/10/07

Ruben B. Brooks

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
by
                                            Deputy Clerk