**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>NICOLE LAMB,<br><br>      Defendant. | Criminal Case 07cr3366-IEG<br><br>**ORDER<br>TO EXONERATE<br>BONDS OF A MATERIAL WITNESS<br>AND REFUND DEPOSIT TO SURETY**<br><br>**MATERIAL WITNESS:<br>JUAN JOSE PACHECO-FLORES** |

**ORDER**

**IT IS ORDERED** that the bond posed with this Court and deposited with the Clerk of the Court to secure the presence of material witnesses **JUAN JOSE PACHECO-FLORES** shall be exonerated and the $500.00 deposited with the Clerk Cashier be returned to the surety:

                **Griselda Monjaras
                2661 Doreen Ave.
                El Monte CA 91733**

DATED: January 28, 2008

                                        United States Magistrate Judge